Bruce D. Katz, Esq. (BK-2041)
Bruce D. Katz & Associates
225 Broadway – 37th Floor.
New York, NY  10007
(212)233-3434

*Attorneys for Plaintiff*
Forecast Consoles, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| FORECAST CONSOLES, INC., | ) | ECF CASE |
| | ) | |
| | ) | **STATEMENT** |
| Plaintiff, | ) | **PURSUANT TO** |
| | ) | **LOCAL RULE 7.1** |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | |
| TBC CONSOLES, INC., TIME BASE CORPORATION and JERRY HAHN, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private, non-governmental party), certifies that said party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       April 17, 2007

/s/_____
By: Bruce D. Katz, Esq. (BK-2041)
    Bruce D. Katz & Associates
    225 Broadway – 37th Floor.
    New York, NY  10007
    (212)233-3434

*Attorney for Plaintiff*
*Forecast Consoles, Inc.*