USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/07

CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq.
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:   (212) 732-3232

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FORECAST CONSOLES, INC.,                     :   ECF CASE
                                              :
                              Plaintiff,      :   STIPULATION FOR EXTENSION OF
                                              :   TIME FOR DEFENDANTS TO ANSWER
                                              :   OR OTHERWISE RESPOND TO
         - against -                          :   COMPLAINT
                                              :
TBC CONSOLES, INC., TIME BASE                 :   CIVIL ACTION NO. 07-CV-3106
CORPORATION and JERRY HAHN                    :   (KMW)
                                              :
                              Defendants.     :
------------------------------------------------------------ x

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, FORECAST

CONSOLES, INC. ("Forecast"), and DEFENDANTS TBC CONSOLES, INC., TIME BASE

CORPORATION AND JERRY HAHN ("TBC et al."), by and through their respective counsel,

as follows:

1. The original time period to respond to Forecast's Complaint is set to expire on May 8,

   2007.

2. This is a first request for an extension of time within which to respond to Forecast's

   Complaint.

6177620.1

3. Forecast consents to this request and agrees that TBC et al., shall have up to and including June 8, 2007 within which to respond to Forecast's Complaint.

4. Defendant agrees that it will not contest service of process and further that it will not engage in pre-answer motion practice.

Respectfully submitted,

Dated: April 30, 2007

By: /s/ Bruce D. Katz

Bruce D. Katz
Bruce D. Katz & Associates
225 Broadway, 37th Floor
New York, NY 10007
(212) 233-3434 Phone
Attorney for Plaintiff

Dated: May 1, 2007

By: /s/ Keith D. Nowak

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8610 Phone
Attorney for Defendants

IT IS SO ORDERED.

_____
U.S.D.J.

6177620.1

SO ORDERED, N.Y., N.Y.  5-2-07

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.