# AFFIDAVIT OF SERVICE

CASE NO. **07 CV 3106**

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT, NY  STATE OF **NEW YORK**

*Forecast Consoles, Inc.*  Plaintiff(s)/Petitioner(s)

vs

*TBC Consoles, Inc.; et al*  Defendant(s)/Respondent(s)

County of **Clark**, State of **Nevada**

**R.R. McMahan**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **April 18, 2007** at **12:30 PM** at **NAB 2007, Las Vegas Convention Center, 3150 Paradise Rd., Booth SU5405, Las Vegas, NV 89109**

affiant served the within **Summons in a Civil Case & Complaint (Jury Trial Demanded) / EFC Case Statment Pursuant to Local Rule 7.1**

UPON: **Time Base Corporation**, Defendant (herein called recipient) therein named.

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally.

**CORPORATION** [X] A **New York** corporation, by delivering thereat a true copy of each to **Jerry Hahn** personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **C.E.O.** thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day___ Date___ Time___ Day___ Date___ Time___
Day___ Date___ Time___ Day___ Date___ Time___

**MAILING COPY** [ ] Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at:
_____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of Nevada on _____
[ ] The above mailing was made by certified mail (Receipt No. _____).

**DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Male**   Color of skin **White**   Color of hair **Brown**   Approx. Age **41 - 50 Yrs.**
Approx. Height **5' 4" - 5' 8"**   Approx. weight **161 - 200 Lbs.**   Other _____

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Affiant was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ] To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Sworn to before me on this **20th** day of **April 2007**

NOTARY PUBLIC STATE OF NEVADA County of Clark LESLEY J PERCEVAL Appt. No. 05-96249-1

Notary Public

Affiant - **R.R. McMahan**
Legal Process Service
License # 604
WorkOrderNo **0704408**

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101

# AFFIDAVIT OF SERVICE

07 CV 3106

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT, NY    STATE OF **NEW YORK**

**Forecast Consoles, Inc.**    Plaintiff(s)/Petitioner(s)

vs

**TBC Consoles, Inc.; et al**    Defendant(s)/Respondent(s)

County of **Clark**, State of **Nevada**

**R.R. McMahan**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **April 18, 2007** at **12:30 PM** at **NAB2007, Las Vegas Convention Center, 3150 Paradise Rd., Booth SU5405, Las Vegas, NV 89109** affiant served the within **Summons in a Civil Case & Complaint (Jury Trial Demanded) EFC Case Statment Pursuant to Local Rule 7.1**

UPON: **TBC Consoles, Inc.**, **Defendant** (herein called recipient) therein named.

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally.

**CORPORATION** [X] A **New York** corporation, by delivering thereat a true copy of each to **Jerry Hahn** personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **President** thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____

**MAILING COPY** [ ] Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of Nevada on _____
[ ] The above mailing was made by certified mail (Receipt No. _____).

**DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Male**    Color of skin **White**    Color of hair **Brown**    Approx. Age **41 - 50 Yrs.**
Approx. Height **5' 4" - 5' 8"**    Approx. weight **161 - 200 Lbs.**    Other _____

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Affiant was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ] To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Sworn to before me on this **20th** day



A NOTARY PUBLIC
STATE OF NEVADA
County of Clark
LESLEY J. PERCEVAL
Appt. No. 05-96249-1
My Appt. Expires April 7, 2009

Notary Public

Affiant - **R.R. McMahan**
Legal Process Service
License # 604
WorkOrderNo **0704381**

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101

**AFFIDAVIT OF SERVICE**   CASE NO. **07 CV 3106**

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT, NY   STATE OF **NEW YORK**

*Forecast Consoles, Inc.*   *Plaintiff(s)/Petitioner(s)*

vs

*TBC Consoles, Inc.; et al*   *Defendant(s)/Respondent(s)*

County of **Clark**, State of **Nevada**

**R.R. McMahan**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **April 18, 2007** at **12:30 PM** at NAB 2007, Las Vegas Convention Center, 3150 Paradise Rd., Booth SU5405, Las Vegas, NV 89109

affiant served the within **Summons in a Civil Case & Complaint (Jury Trial Demanded)** **EFC Case Statment Pursuant to Local Rule 7.1**

UPON: **Jerry Hahn**, **Defendant**
(herein called recipient) therein named.

**[X] INDIVIDUAL** by delivering a true copy of each to said recipient personally.

**[ ] CORPORATION** A _____ corporation, by delivering thereat a true copy of each to _____ personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**[ ] SUITABLE AGE PERSON** by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**[ ] AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day____ Date____ Time____   Day____ Date____ Time____
Day____ Date____ Time____   Day____ Date____ Time____

**[ ] MAILING COPY** Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [ ] place of employment at: _____ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of Nevada on _____
[ ] The above mailing was made by certified mail (Receipt No. _____ ).

**[X] DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Male**   Color of skin **White**   Color of hair **Brown**   Approx. Age **41 - 50 Yrs.**
Approx. Height **5' 4" - 5' 8"**   Approx. weight **161 - 200 Lbs.**   Other _____

**[ ] WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**[ ] PHOTO** Affiant was able to identify recipient from annexed photo.

**[ ] MILITARY SERVICE** To the best of my knowledge and belief, said person _____ engaged in the US Military at the time of service.

Sworn to before me on this 20t[h]

NOTARY PUBLIC STATE OF NEVADA County of Clark LESLEY J. PERCEVAL Appt. No. 05-96249-1 My Appt Expires April 7, 2009

Notary Public

Affiant - **R.R. McMahan**
**Legal Process Service**
License # 604
WorkOrderNo **0704409**

Legal Process Service, 626 S. 8th Street, Las Vegas, NV 89101