# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07
```

LAW OFFICES
## Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

May 22, 2007

**BY FACSIMILE** (212)805-7900
Hon. Kimba M. Wood
United States Courthouse
40 Centre Street, Room 1610
New York, NY 10007-1312

Re: Forecast Consoles, Inc. v. TBC Consoles, Inc. et al.
    Civil Action No. 07-CV-3106(KMW)(KNF)

Dear Judge Wood:

I am counsel for plaintiff, Forecast Consoles, Inc, in the above-captioned action and I am writing on behalf of all parties to request a three-week adjournment of the initial pre-trial conference scheduled for this **Friday, May 25, 2007**. Defendant's counsel, Keith Nowak, Esq., has joined in this request. No prior requests for adjournment have been sought in this matter.  **GRANTED. KMW**

The reason for the requested adjournment is to provide the parties with sufficient time to evaluate the claims and defenses in an effort to resolve their disputes in advance of the initial conference. Additionally, defendant's counsel has advised me that he will be in China until June 11.

Accordingly, the parties request that the initial conference be rescheduled for June 14 or 15, 2007.

Respectfully submitted,

*Bruce D. Katz*

Bruce D. Katz

BDK/mm

cc: Keith D. Nowak, Esq. (by email)

THE CONFERENCE IS ADJOURNED TO FRIDAY, JUNE 15 AT 11 A.M. THE PARTIES SHALL SUBMIT A PROPOSED JOINT SCHEDULING ORDER AND DISCOVERY PLAN BY JUNE 13.

5-23-07
SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.