CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq. (KN-0230)
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:    (212) 732-3232
Attorneys for Defendants TBC Consoles, Inc.,
Time Base Corporation and Jerry Hahn

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
FORECAST CONSOLES, INC.,                      :    ECF CASE
                                              :
                         Plaintiff,           :    DISCLOSURE PURSUANT TO
                                              :    FED. R. CIV. P.7.1
             - against -                      :
                                              :
TBC CONSOLES, INC., TIME BASE                 :    CIVIL ACTION NO. 07-CV-3106
CORPORATION and JERRY HAHN                    :    (KMW)
                                              :
                         Defendants.          :
------------------------------------------------------- x
```

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TIME BASE

CORPORATION hereby states the following:

    1.    Time Base Corporation is not a publicly held corporation.

    2.    There is no parent corporation of Time Base Corporation.

    3.    There are no corporations or other publicly held entities that own ten percent or

more of the stock of Time Base Corporation.

    4.    There is no publicly held corporation or other publicly held entity that has a direct

financial interest in the outcome of this litigation.

5.    TBC Consoles Inc. is a DBA of Time Base Corporation.

Respectfully Submitted,

Dated: *May 29, 2007*

Keith D. Nowak
Bar Roll No. KN-0230
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8610 Phone
Attorney for Defendants

6188639.1

2