UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FORECAST CONSOLES, INC.

                    Plaintiff,                     07 CIVIL 3106 (KMW)

    -against-

TBC CONSOLES, INC., et al.

                    Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **KEITH D. NOWAK**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KN0230

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Dickstein Shapiro LLP

    To: Carter Ledyard & Milburn LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 2 Wall Street

☐ *Telephone Number:* 212 238 8610

☐ *Fax Number:* 212 732 3232

☐ *E-Mail Address:* nowak@clm.com

Dated: June 14, 2007

                                            Keith D. Nowak