USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

FORECAST CONSOLES, INC.

    Plaintiff,

v.

TBC CONSOLES, INC., TIME BASE CORPORATION and JERRY HAHN

    Defendants.

---

07 Civ. 03106 (KMW)(KNF)

DISCOVERY PLAN

## DISCOVERY PLAN PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Pursuant to Federal Rule of Civil Procedure 26(f), during a conference on June 15, 2007 between counsel for plaintiff FORECAST CONSOLES, INC. (plaintiff) and counsel for defendants TBC CONSOLES, INC., TIME BASE CORPORATION and JERRY HAHN (defendants), counsel for the parties discussed and agreed to the following discovery plan:

    (1) The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than July 5, 2007.

    (2) Both plaintiff and defendant shall serve their first request for production of documents, pursuant to Federal Rule of Civil Procedure 34, no later than July 15, 2007.

    (3) Both plaintiff and defendant shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than July 15, 2007. Plaintiff

1

anticipates deposing: (To Be Determined). Defendant anticipates deposing: (To Be Determined).

(4) Depositions of the parties shall commence after August 15, 2007, at mutually convenient dates and times, without prejudice to either party conducting a non-party deposition beforehand at a mutually convenient date, time and place.

(5) Both plaintiff and defendant shall serve subpoenas upon any third party witnesses no later than January 15, 2008, seeking the production of documents and/or depositions.

(6) Plaintiff shall serve its expert's report upon defendants, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than February 15, 2008. The reports shall set forth the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(7) Defendant shall serve its expert's rebuttal report upon plaintiff, pursuant to Federal Rule of Civil Procedure 26(a)(2), no later than March 3, 2008.

(8) Depositions of the experts shall commence no later than May 15, 2008 for Plaintiff's Expert and May 30, 2008 for Defendant's Expert.

(9) All discovery shall be complete by April 1, 2008, except for expert depositions.

(10) The parties reserve the right to seek or to schedule additional discovery as may become necessary, so long as it is completed by April 1, 2008.

Dated: New York, New York
June 13, 2007

Keith D. Nowak
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212)238-8610

By: ____/s/_____

Bruce D. Katz
225 Broadway, 37th Floor
New York, New York 10007
(212) 233-3434

By: ____/s/_____


Dated: New York, New York
       JUNE 15, 2007

6-15-07

_Kimba M. Wood_
Kimba M. Wood
United States District Judge

3