```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORECAST CONSOLES, INC,                          :
                                                                        ORDER
                Plaintiff,                                :
                                                                        07 Civ. 3106 (KMW)(KNF)
        -against-                                         :

TBC CONSOLES, INC., TIME BASE CORP. and  :
JERRY HAHN,
                                                                  :
                Defendants.
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on October 1, 2007, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       June 27, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE