UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FORECAST CONSOLES, INC.,                :

                    Plaintiff,         :

       -against-                            :

TBC CONSOLES, INC., TIME BASE CORPORA- :
TION and JERRY HAHN,
                                                :

                  Defendants.
------------------------------------------------------------X

ORDER

07 Civ. 3106 (KMW)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       A telephonic status conference was held with counsel to the respective parties on October 1, 2007. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the parties advise the Court, in a joint writing, on or before October 15, 2007, whether the parties believe there is any utility in scheduling a settlement conference for them. Should the parties desire a settlement conference, they should suggest three dates on which all parties are available to attend the conference.

Dated: New York, New York
          October 2, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE