USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FORECAST CONSOLES, INC.,                :

            Plaintiff,               :

        -against-                       :

TBC CONSOLES, INC., ET AL.,             :

           Defendants.           :

------------------------------------------------------------X

**ORDER**
07 Civ. 3106 (KMW)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    It does not appear, based on correspondence the Court has received from the parties, that a settlement conference, at this juncture in the proceedings, would be of utility. Should circumstances change, and the parties agree that a settlement conference would be beneficial, they should advise the Court expeditiously. In any event, IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on March 3, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       October 17, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE