Bruce D. Katz, Esq. (BK-2041)
Bruce D. Katz & Associates
225 Broadway – 37th Floor
New York, NY  10007
(212)233-3434
*Attorneys for Plaintiff*
Forecast Consoles, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| FORECAST CONSOLES, INC., | ) | ECF CASE |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 07-CV-3106(KMW)(KNF) |
| v. | ) | |
| | ) | |
| | ) | |
| TBC CONSOLES, INC., TIME BASE | ) | |
| CORPORATION and JERRY HAHN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS PURSUANT
TO LOCAL RULE 56.1 AS TO PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 7,125,088**

Pursuant to the March 5, 2008 Order of this Court, Plaintiff, Forecast Consoles, Inc.

("Forecast" or "Plaintiff"), submits this Statement of Undisputed Facts Under Fed. R. Civ. P. 56

and Local Rule 56.1.

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| Plaintiff Forecast Consoles, Inc. ("Forecast") and Defendant TBC Consoles, Inc. ("TBC") are both engaged in the manufacture and sale of technical furniture, namely consoles and workstations for the TV production, post production and broadcast facilities. | *See* Exhibit A. |

1

| | |
|---|---|
| U.S. Patent No. 7,125,088 ("the '088 patent") was issued by the United States Patent and Trademark Office on October 24, 2006 and is assigned to Forecast. | *See* Exhibit B, Pg.1. |
| The '088 patent discloses and claims a multi-media workstation having a master rail system for permitting horizontal adjustment of the various components of the workstation. | *See* Exhibit B, Pg. 1 (Abstract). |
| Count I of the complaint alleges infringement of the '088 patent based on TBC's manufacture, sale and promotion of its "IntelliTrac" line of modular workstations. | *See* Complaint, Count I. |
| Independent claim 9 of the '088 patent recites the following elements:<br>    A multi-media workstation comprising:<br>    at least two vertical frames having an upper mounting surface thereon;<br>    a rail extrusion mounted to said mounting surface of said vertical frames and connecting said frames, said rail extrusion having as upper surface, a lateral surface and a longitudinal slot formed in each of said upper surface and said lateral surface;<br>    a desktop unit having a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion, wherein said desktop unit is able to be horizontally translated along a length of said rail extrusion; and<br>    a vertical support stand for supporting a piece of audiovisual equipment, said vertical support stand having a finger engaged in said longitudinal slot of said upper surface of said rail extrusion, wherein said support stand is able to be horizontally translated along a length of said rail extrusion. | *See* Exhibit B, col. 10. |
| TBC has made, used, sold and/or offered for sale a line of modular furniture under the name "Intellitrac". | *See* Exhibit C. |
| TBC's Intellitrac products are multi-media workstations. | *See* Exhibit C. |

| | |
|---|---|
| TBC's Intellitrac products have at least two vertical frames having an upper mounting surface thereon. | *See* Exhibit D, Pg. 1 (Stanchion-Type Base Structure). *See also* Exhibit E. |
| TBC's Intellitrac products have a rail extrusion mounted to said mounting surface of said vertical frames and connecting said frames, said rail extrusion having an upper surface, a lateral surface and a longitudinal slot formed in each of said upper surface and said lateral surface. | *See* Exhibit D, Pg. 1 (Front Trac; Main Structural T-Slot Extrusion). *See also* Exhibit E. |
| TBC's Intellitrac products have a desktop unit having a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion, wherein said desktop unit is able to be horizontally translated along a length of said rail extrusion. | *See* Exhibit D, Pg. 1 (C-Top Arms Trac Mounted for Optimal Lateral Placement). *See also* Exhibit E. |
| TBC's Intellitrac products have a vertical support stand for supporting a piece of audiovisual equipment, said vertical support stand having a finger engaged in said longitudinal slot of said upper surface of said rail extrusion, wherein said support stand is able to be horizontally translated along a length of said rail extrusion. | *See* Exhibit D, Pg. 1 (Front Trac; Main Structural T-Slot Extrusion for LCD Posts, Countertop Arms & Accessories); Pg. 3 (FP-M7, T-PHONE, T-LITE-18). *See also* Exhibit E. |
| Claim 10 of the '088 patent depends upon claim 9 and further recites "wherein said rail extrusion further includes an inclined surface disposed at a downward angle with respect to said upper surface, said inclined surface having a longitudinal slot formed therein." | *See* Exhibit B, col. 10. |
| In TBC's Intellitrac products, said rail extrusion further includes an inclined surface disposed at a downward angle with respect to said upper surface, said inclined surface having a longitudinal slot formed therein." | *See* Exhibit D, Pg. 1 (Front Trac; Main Structural T-Slot Extrusion). *See also* Exhibit E. |

3

| | |
|---|---|
| Claim 12 of the '088 patent depends upon claim 9 and recites that "wherein said desktop unit comprises a work surface and at least two desktop brackets for supporting said work surface, said desktop brackets each including a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion." | *See* Exhibit B, col. 10. |
| In TBC's Intellitrac products, said desktop unit comprises a work surface and at least two desktop brackets for supporting said work surface, said desktop brackets each including a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion. | *See* Exhibit D, Pg. 1 (C-Top Arms Trac Mounted for Optimal Lateral Placement). *See also* Exhibit E. |
| Claim 13 of the '088 patent depends upon claim 9 and recites "wherein said vertical support stand is adapted to support a flat screen monitor." | *See* Exhibit B, col. 10. |
| In TBC's Intellitrac products, said vertical support stand is adapted to support a flat screen monitor. | *See* Exhibit D, Pg. 1 (Front Trac; Main Structural T-Slot Extrusion for LCD Posts); Pg. 3 (FP-M7). *See also* Exhibit E. |

Dated:  March 19, 2008

/s/_____

By:  Bruce D. Katz, Esq. (BK-2041)
Bruce D. Katz & Associates
225 Broadway – 37th Floor.
New York, NY  10007
(212)233-3434
*Attorneys for Plaintiff*
*Forecast Consoles, Inc.*

4

# EXHIBIT A



| Home | About Us | Industries | Products | Accessories | Design Center | Sitemap | Contact Us |

Home > About Us

Pre-Engineered:
Graphics &
Edit Consoles

**IMAGEMASTER**

Broadcast:
Production &
Control

**MASTERAIL**

Optional
Products

**ACCESSORIES**

Request a Quote:
Get a Price

**PRICE QUOTE**

# About Forecast

Since 1978, Forecast Consoles has produced technical furniture and consoles for broadcast control rooms, edit rooms, edit workstations, call centers, and dispatch.

Technical furniture is our only business, and through years of listening, testing, evaluating and perfecting, Forecast's designers and engineers have attained the highest level of knowledge, skill and experience. Our designs consider the demands of the "New Workplace", with a focus on ergonomics and aesthetics. Our value engineering provides the initial functionality required, while skillfully incorporating the dynamic capabilities necessary to adapt for a new-future purpose.

The proven success of Forecast Consoles lies in the ability to anticipate the advances in multimedia technology and quickly develop creative solutions to accommodate these new toolsets. The ability to turn customers' work environment problems into creative and functional work solutions has held Forecast Consoles as the industry leader in technical furniture for over three decades.



| Staff | Directions | Contact Us |

Home  |  About  |  Industries  |  Products  |  Accessories  |  Design Center  |  Soho Signature  |  MASTERail™  |  ImageMaster™  |  Site Map  |  Staff  |  Contact Us

© 2008 Forecast Cosoles Inc.

Call Us Today! 1-800-735-2070



### ▶ About TBC

TBC CONSOLES' primary business is the design and manufacture of video production consoles and equipment cabinetry. We presently maintain offices and shop space in Edgewood, N.Y. Our total shop/office space is 18,000 sq. ft. and we employee 35 full time workers. Included in this number are 8 full time draftsmen. Our shop facilities are engineered to the needs of video console production with our personnel; tools and machinery all geared towards this specific effort.

We typically work directly with end users of our products: TV production, Post Production and Broadcast facilities. While the majority of our clients are from the local metropolitan area, we have a strong and growing national and international client base.

TBC partners *Jerry Hahn* and *Frank Lapallo* have been designing and building video production consoles for two decades. We incorporated in April 1988 and have been growing at a steady pace. (15-20% annually) while there is considerable overlap in tasks, Frank's main focus is the direction of Engineering, shop production, and installations. Jerry manages design, sales and marketing.

As we grow as a company, we steadfastly maintain our relationship with our on-going and loyal clients. This also means servicing and modifying our consoles on a regular basis. Worn parts need refurbishing and repair, and the ever-changing technology of this industry assures that there is always some new piece of equipment to install. We have this on-going association with clients, which include Broadway Video, Betelgeuse Productions, Unitel Video and Manhattan Transfer, amongst many others. We regard it as crucial for us to keep pace with the rapid introduction of new equipment and technologies of random access (non-linear) editing, digital TV, high-definition TV, etc. Recently we are part of the strong influx of non-linear editing systems, which require inexpensive console solutions. This event has led TBC develop a more national and international presence of "shippable" consoles. We have also broadened our scope of work to include many of general telecommunications facilities. We have done a significant quantity of work for all major networks (*CBS, NBC, ABC*), satellite uplink centers (Group W, Viacom), corporate clients (Citibank, Dow Jones, American Express, Merrill Lynch) and the proliferation of new cable channels (*MSNBC, MTV, USA Networks, A&E, Fox News NY1 NEWS*).

Interestingly, as the technology becomes more sophisticated, are clients seem to want more sophisticated furniture designs. They are no longer satisfied with a "standard" 5 bay, 8 rack unit console, but want to also see the sleeker lines and well balanced proportions of what has become the trademark of TBC console furniture. Perhaps most importantly, our clients have learned to expect the great attention to detail we place on things like ergonomics of sightlines, acoustics, button reaches, lighting, and even keyboard and chair positioning.

At TBC we spend a lot of time on design, research and development. We are always looking for the optimal way to do something, with the best hardware and materials. Our design team works with state of the art tools like Autocad 2000, and maintains a vast reference library of industry equipment and specifications. Our shop utilizes such cost-effective equipment as our digitally controlled CNC router, and takes as much pride in the engineering and construction of our product---as the design team takes with the initial layout solution.

**Our aim is to not only keep pace with the industry---but to stay ahead of it. We do this to maintain the reputation we have as a "World-Class" leader in console design and fabrication.**

T B C   C o n s o l e s   I n c . • 1 7 0   R o d e o   D r i v e • E d g e w o o d ,   N e w   Y o r k   1 1 7 1 7 • P h o n e   6 3 1 . 2 9 3 . 4 0 6 8 • F a x   6 3 1 . 2 9 3 . 4 0 7 5 • T o l l   F r e e   **8 8 8 . C O N S O L E**

site by **graphic minds**                 © Copyright 2007. TBC Consoles, Inc. All Rights Reserved.

# EXHIBIT B

(12) **United States Patent** (10) Patent No.: **US 7,125,088 B2**

Haberman (45) Date of Patent: *Oct. 24, 2006

(54) **MULTI-MEDIA WORKSTATION HAVING A MASTER RAIL SYSTEM**

(75) Inventor: **William G. Haberman**, Glen Head, NY (US)

(73) Assignee: **Forecast Consoles, Inc.**, Deer Park, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 164 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/083,758**

(22) Filed: **Mar. 18, 2005**

(65) **Prior Publication Data**

US 2005/0183353 A1 Aug. 25, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 11/005,064, filed on Dec. 6, 2004, which is a division of application No. 10/407,436, filed on Apr. 4, 2003, now Pat. No. 6,857,712.

(60) Provisional application No. 60/370,070, filed on Apr. 4, 2002.

(51) **Int. Cl.**
*A47B 47/00* (2006.01)
*A47F 10/00* (2006.01)

(52) **U.S. Cl.** .............................. **312/223.3**; 108/50.01; 108/143; 108/102; 52/36.1; 52/36.4; 312/195

(58) **Field of Classification Search** ................ 52/35.1, 52/36.4, 36.5; 312/223.3, 194, 195, 196, 312/265.4, 265.1; 108/50.01, 50.02, 137, 108/143, 102
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,382,642 A | 5/1983 | Burdick | |
| 4,836,625 A | 6/1989 | Catta | |
| 4,838,177 A | 6/1989 | Vander Park | |
| 4,852,500 A | 8/1989 | Ryburg et al. | |
| 4,974,913 A | 12/1990 | Vogt et al. | |
| 5,337,525 A | 8/1994 | Zaccai et al. | |
| 5,428,928 A | 7/1995 | Hellwig et al. | |
| 5,746,488 A | 5/1998 | LaCour | |
| 5,921,052 A | 7/1999 | Kemp | |
| 5,954,409 A | 9/1999 | LaCour | |
| 5,974,985 A | 11/1999 | Flototto et al. | |
| 6,042,203 A | 3/2000 | Bogucki | |
| 6,050,659 A | 4/2000 | LaCour | |
| 6,152,048 A | 11/2000 | Vander Park | |
| 6,189,268 B1 | 2/2001 | Carr et al. | |
| 6,279,761 B1 | 8/2001 | Niewiadomski et al. | |

(Continued)

OTHER PUBLICATIONS

"Series 200 Console System" product brochure pp. 4, 5, 7 and 8. Publication Date Unknown.

(Continued)

Primary Examiner—Carl D. Friedman
Assistant Examiner—Chi Q. Nguyen
(74) Attorney, Agent, or Firm—Hoffmann & Baron, LLP

(57) **ABSTRACT**

A multi-media workstation having a master rail system for permitting horizontal adjustment of the various components of the workstation. The workstation generally includes a console having a work surface and a master rail system for supporting various audiovisual equipment. The master rail system includes a rail extrusion connecting at least two frames and having a longitudinal slot formed in at least one of its surfaces. The various components of the workstation each include a finger engaged in the longitudinal slot of the rail extrusion, wherein the component is able to be horizontally translated along a length of the rail extrusion.

**13 Claims, 9 Drawing Sheets**



## US 7,125,088 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,283,043 | B1 | 9/2001 | Stern et al. |
| 6,302,035 | B1 | 10/2001 | Frenkler et al. |
| D473,078 | S | 4/2003 | Haberman |
| 6,619,765 | B1 | 9/2003 | Visser et al. |
| 6,857,712 | B1 * | 2/2005 | Haberman .............. 312/223.3 |
| 2003/0020381 | A1 | 1/2003 | Cattaneo |
| 2003/0071546 | A1 | 4/2003 | Gosling et al. |
| 2004/0035332 | A1 | 2/2004 | Lin |

### OTHER PUBLICATIONS

TBC Consoles "NBC Olympics Master Worksheet," breaking date "Jan. 9, 2000".

TBC Consoles "Production Series PSO Modular System." Date Unknown.

"USA Networks—NOC Multi-Channel Room." Date Unknown.

TBC Consoles "GRAPHICS Console" bearing date "Mar. 28, 2001".

Untitled Photograph of desk supporting plasma monitors. Date Unknown.

TBC Consoles "Lockheed Martin Overseas—LCD Consoles", bearing date "Oct. 10, 2001".

TBC Consoles "News 12 Connecticut—PS2-4" Shop Drawing, bearing date "Nov. 10, 2002".

Evans Consoles, Inc. brochure entitled "Series 200," publication date unknown.

Item MB Kit Systems, LTD. drawing entitled "Line 8 Light Black," dated Nov. 29, 2001.

Drawings entitled "MCC Sectional Elevation," publication date unknown.

* cited by examiner



FIG. 1



FIG. 2





FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 8



FIG. 9



FIG. 7



FIG. 15



FIG. 16

US 7,125,088 B2

| 1 | 2 |

# MULTI-MEDIA WORKSTATION HAVING A MASTER RAIL SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of U.S. application Ser. No. 11/005,064, filed Dec. 6, 2004, which is a divisional application of U.S. application Ser. No. 10/407,436, filed Apr. 4, 2003, now U.S. Pat. No. 6,857,712, which claims the benefit of U.S. Provisional Application No. 60/370,070, filed on Apr. 4, 2002.

## FIELD OF THE INVENTION

The present invention relates generally to multi-media workstations for supporting various electronic equipment, and more particularly to a modular workstation console having a master rail system that provides for full horizontal adjustment of the various components of the workstation.

## BACKGROUND OF THE INVENTION

Workstations for mounting audio-visual, electrical, communication and computer equipment are well known and are available from different manufacturers. It is also known to construct office workstations in a modular fashion that permits a wide variety of furniture groupings or arrangements. However, if numerous electrical components are required together in a relatively small workstation space, it becomes essential to easily arrange such components in a compact manner whereby the equipment is comfortably and conveniently accessible to the user or users. Efficient routing of the electrical wiring and cables so as not to detract from the appearance of the workstation also becomes an issue. Wiring and cables should be located away from the floor areas where persons might trip on them and should be easily accessible for service personnel.

Some particular environments that require increasingly complicated and sophisticated workstations include television studios, radio stations, security centers, air traffic control centers and financial and brokerage institutions where users typically need access to numerous television monitors, computer displays, data processors and telecommunications equipment arranged in a side-by-side manner. In such environments, workstations are typically custom built and installed by the manufacturer based on the user's particular equipment requirements. As such, the workstation arrangement for supporting the various electronic components is usually permanently fixed. If it later becomes necessary to expand the workstation or rearrange the electronic components, the workstation must be rebuilt or replaced. The result is that the workstation may be put out of use during the modification or expansion. Thus, such known workstations are not optimally suited for use in a dynamic work environment, where workspaces are ideally capable of rapid configuration and reconfiguration by the workers themselves in a highly efficient manner.

Accordingly, it would be desirable to provide a flexible, modular workstation that permits the user to easily adjust the positions of the various components of the workstation as desired. Additionally, it would be desirable to provide such a workstation that is adapted to allow mounting of additional equipment or components and that can be easily connected to other workstations.

## SUMMARY OF THE INVENTION

The present invention is a multi-media workstation having a master rail system for permitting horizontal adjustment of the various components of the workstation. The workstation generally includes a console having a work surface and a master rail system for supporting various audiovisual equipment.

In a preferred embodiment, the multi-media workstation includes at least two vertical frames having an upper mounting surface thereon, a first rail extrusion mounted to the mounting surface of the vertical frames and connecting the frames, a second rail extrusion mounted to the mounting surface of the vertical frames and connecting the frames, a desktop unit mounted to the first rail extrusion and a console box, for supporting a piece of audiovisual equipment, mounted to the second rail extrusion. The first rail extrusion has an upper surface, a lateral surface and a longitudinal slot formed in at least one of the upper and lateral surfaces. The second rail extrusion has an upper surface and a longitudinal slot formed in the upper surface. The longitudinal slots are preferably T-shaped. The second rail extrusion is mounted to the mounting surface of the vertical frames such that the upper surface of the second rail extrusion is disposed at a downward angle with respect to the upper surface of the first rail extrusion. The desktop unit has a finger engaged in the longitudinal slot of the first rail extrusion, wherein the desktop unit is able to be horizontally translated along a length of the first rail extrusion. Similarly, the console box has a finger engaged in the longitudinal slot of the second rail extrusion, wherein the console box is able to be horizontally translated along a length of the second extrusion.

Preferably, the workstation further includes a bracket assembly connected between the first and second rail extrusions. The bracket assembly includes a flat panel extending between the first and second rail extrusions and at least one bracket for supporting the flat panel. The flat panel encloses a cavity between the first rail extrusion, the second rail extrusion and the vertical frames for containing electrical wiring for the workstation therein. Additionally, the flat panel includes at least one grommet opening for accessing the electrical wiring contained within the cavity.

The desktop unit preferably includes a work surface and at least two desktop brackets for supporting the work surface. The desktop brackets each include a finger engaged in the longitudinal slot of the first rail extrusion.

Furthermore, the first rail extrusion preferably includes a second longitudinal slot formed in one of the upper and lateral surfaces and the workstation further preferably includes a support stand for supporting a second piece of workstation equipment. The support stand has a finger engaged in the second longitudinal slot of the first rail extrusion, wherein the support stand is able to be horizontally translated along a length of the first rail extrusion.

Thus, the console includes a plurality of rigid steel frames, which are spaced at various intervals along the length of the console. The master rail system is integrated into the frames of the console for providing maximum horizontal adjustability of the various components of the workstation. The first and second rail extrusions can include a plurality of T-shaped slots formed therein along the entire length of the extrusion. The flat panel spoil board is essentially a flat plate connecting the first and second rail extrusions and extending along the length of the console. The spoil board encloses a cavity to contain electrical wiring for the various components of the workstation along the length of the console.

US 7,125,088 B2

3

In an alternative embodiment, the first rail extrusion, the second rail extrusion and the spoil board can be integrated into a single extrusion mounted to the top of the console. Thus, in this embodiment, the workstation generally includes at least two vertical frames having an upper mounting surface thereon, a rail extrusion mounted to the mounting surface of the vertical frames and connecting the frames, a desktop unit mounted to the rail extrusion and a console box, for supporting a piece of audiovisual equipment, mounted to the rail extrusion. The rail extrusion includes a first portion having an upper surface, a lateral surface and a longitudinal slot formed in at least one of the upper and lateral surfaces. The rail extrusion further includes a second portion having an upper surface and a longitudinal slot formed in the upper surface. Again, the longitudinal slots are preferably T-shaped. The upper surface of the second portion is formed at a downward angle with respect to the upper surface of the first portion. The desktop unit has a finger engaged in the longitudinal slot of the first portion of the rail extrusion, wherein the desktop unit is able to be horizontally translated along a length of the first portion of the rail extrusion. Similarly, the console has a finger engaged in the longitudinal slot of the second portion of the rail extrusion, wherein the console box is able to be horizontally translated along a length of the second portion of the rail extrusion.

Preferably, the rail extrusion further includes a web portion connecting the first and second portions. The web portion includes at least one longitudinal cavity formed therein, for containing electrical wiring for the workstation, and at least one grommet opening for accessing the electrical wiring contained within the cavity. Additionally, the single extrusion can be formed with a plurality of T-shaped slots extending the entire length of the single extrusion.

In another alternative embodiment, the multi-media workstation includes at least two vertical frames, wherein each frame has an aperture therethrough and at least one finger extending inwardly into the aperture. A rail extrusion is slidingly received in the aperture of each of the vertical flames and connects the frames. The rail extrusion has a perimeter surface and at least one longitudinal slot formed in the perimeter surface. The slot engages the fingers of the vertical frames, wherein the vertical frames are able to be horizontally translated along a length of the rail extrusion. Similar to that described above, the workstation in this embodiment also includes a desktop unit having a finger engaged in the longitudinal slot of the rail extrusion, wherein the desktop unit is able to be horizontally translated along a length of the rail extrusion. The rail extrusion of this embodiment preferably has a circular cross-section and a plurality of longitudinal slots formed in around the perimeter surface at spaced locations.

Again, a console box unit can also be mounted to the rail extrusion. However, in this embodiment, the console box unit preferably includes a console box and a console box bracket. The console box bracket includes an aperture therethrough and at least one finger extending inwardly into the aperture. The aperture slidingly receives the rail extrusion and the finger engages the longitudinal slot of the rail extrusion, wherein the console box unit is able to be horizontally translated along a length of the rail extrusion.

The desktop unit also preferably includes a worksurface and at least two desktop brackets fixed to a bottom surface thereof. Each of the desktop brackets includes an aperture therethrough and at least one finger extending inwardly into the aperture. The aperture slidingly receives the rail extrusion and the finger engages the longitudinal slot of the rail extrusion.

4

Additionally, the workstation may also include a shelf unit mounted to the rail extrusion, wherein the shelf unit is able to be horizontally translated along a length of the rail extrusion. The shelf unit preferably includes a flat surface and a shelf bracket fixed to a bottom surface thereof. The shelf bracket includes an aperture therethrough and at least one finger extending inwardly into the aperture. The aperture slidingly receives the rail extrusion and the finger engages the longitudinal slot of the rail extrusion. The shelf unit is preferably spaced vertically higher than the desktop unit and the console box unit is positioned between the shelf unit and the desktop unit.

Thus, the workstation of this embodiment can include a master rail system consisting of an extruded rail having a circular cross-section and a plurality of T-slots formed along the length of the rail and angularly spaced around its circumference. In this manner, the electronic components and the work surface are mounted to the rail system and can be both horizontally and angularly adjusted to suit the user's needs. Additionally, the various components of the workstation can be interchanged and new components can be added to suit the user's needs.

In all embodiments of the present invention, the various electrical components of the workstation are mounted to the master rail system in such a manner that they can be horizontally adjusted to suit any need. Additionally, the work surface is also mounted to the master rail system and is also provided with horizontal adjustment. In particular, the electrical components and the work surface are provided with mounting provisions which are inserted within and engage the T-shaped slots of the master rail system. The mounting provisions permit horizontal translation of the components and the work surface along the entire length of the T-slot in the master rail system. As a result of the present invention, a totally adjustable and interchangeable workstation system is provided.

Other objects and features of the present invention will become apparent from the following detailed description considered in conjunction with the accompanying drawings. It is to be understood, however, that the drawings are designed as an illustration only and not as a definition of the limits of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top perspective view of the multi-media workstation formed in accordance with the present invention.

FIG. 2 is a top plan view of the workstation shown in FIG. 1.

FIG. 3 is a side view of the workstation shown in FIG. 2 taken along line 3—3.

FIG. 4 is an expanded detailed view of the master rail system shown in FIG. 3 as indicated by the dotted line 4.

FIG. 5 is an expanded detailed view of an alternative embodiment of the master rail system shown in FIG. 4.

FIG. 6 is a top perspective view of an alternative embodiment of the multi-media workstation formed in accordance with the present invention.

FIG. 7 is a cross-sectional view of the extrusion shown in FIG. 6.

FIG. 8 is a side view of the work station leg shown in FIG. 6.

FIG. 9 is a side view of desktop bracket shown in FIG. 6.

FIG. 10 is a side view of the shelf bracket shown in FIG. 6.

US 7,125,088 B2

5

FIG. **11** is a side view of the assembled workstation shown in FIG. **6**.

FIG. **12** is a side view of an additional support stand.

FIG. **13** is a side view of another additional support stand.

FIG. **14** is a side view of an alternative configuration of the workstation shown in FIG. **6**.

FIG. **15** is a top plan view of the workstation shown in FIG. **6**.

FIG. **16** is a front plan view of the workstation shown in FIG. **6**.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

FIG. **1** shows a multi-media workstation **10** formed in accordance with the present invention. This type of workstation can typically be found at a control center for monitoring and controlling audiovisual equipment. Such workstations can be found, for example, in television studios, radio stations, security centers, air traffic control centers and financial and brokerage institutions.

The workstation **10** includes a console **12** having a desktop unit **14** including a flat work surface or desktop **15**. The console **12** supports various audiovisual equipment such as computers **16**, computer monitors **18**, television monitors **20** and flat monitors **22**. Television monitors **20** are typically mounted to and contained within standard-sized console boxes **24**, which are also part of console **12**. The supporting electronic hardware **26** can be stored within cabinets **27** provided below the desktop **14** of the console **12**. One or more rolling chairs **28** are also typically provided to allow the operator(s) to monitor the equipment and to comfortably move from one piece of equipment to the other as required.

Referring now to FIGS. **2–4**, the console **12** of the present invention includes a master rail system **30** integrated into the frame of the console for providing maximum horizontal adjustability of the various components of the workstation **10**. In particular, the master rail system **30** allows for horizontal movement of the console boxes **24**, as indicated by arrows **32**, as well as horizontal movement of one or more desktops **14**, as indicated by arrows **34**. As will be discussed in further detail below, the master rail system **30** additionally includes provisions for mounting and horizontally adjusting the position of other secondary or auxiliary equipment between the desktop **14** and the console boxes **24**.

Referring to FIGS. **3** and **4**, which are cross-sectional and expanded cross-sectional views respectively of the workstation **10** of FIG. **2**, the console **12** includes a plurality of rigid steel frames **36**, which are spaced at various intervals along the length of the console **12**. The frames **36** may be of a welded construction and may include feet **38** for resting on the floor. The frames **36** may be connected from one to the other with brackets **39** to add rigidity and strength to the console **12**. Mounted at the tops of the frames **36** is the master rail system **30**, which extends the full length of the console **12**. The master rail system **30** includes a first rail extrusion **40**, a second rail extrusion **42** and a bracket assembly **43** including a spoil board **44** connected between the first and second rail extrusions.

Referring now specifically to FIG. **4**, the first and second rail extrusions **40** and **42** are made from a metallic material, such as aluminum, and include a plurality of T-shaped slots **46** formed therein along the entire length of the extrusion. Preferably, the first rail extrusion **40** is rectangular in shape having two T-slots **46** on each lateral side and having a T-slot on both its upper and lower faces. The second rail extrusion

6

**42** is preferably square in cross-section having a T-slot **46** formed on each side. The first and second rail extrusions **40** and **42** are mounted to the steel frames **36** by conventional bolts **48** having fittings **50** that engage one or more of the T-slots **46** of the rail extrusions.

The spoil board **44** is essentially a flat plate connecting the first and second rail extrusions **40** and **42** and extending along the length of the console **12**. The spoil board **44** encloses a cavity **52** between the first rail extrusion **40**, the second rail extrusion **42** and the steel frame **36** to contain electrical wiring for the various component of the workstation **10** along the length of the console **12**. Standard wiring grommets **54** are provided at spaced openings in the spoil board **44** for routing wires from the cavity **52** to the various electrical components mounted to the console **12**. The spoil board **44** is supported by a plurality of spoil board brackets **56** intermittently spaced along the length of the spoil board **54**. The spoil board brackets **56** include a finger **58** which is sized to fit within and engage an upper side T-slot **46a** of the first rail extrusion **40**. The opposite end of the spoil board bracket **56** includes a leg **60** which rests on the steel frame **36** of the console **12** for supporting the spoil board **44**. The spoil board **44** includes a bent edge **62** which fits within the upper T-slot **46b** of the second rail extrusion **42**. In this manner, the spoil board **44** is connected between the first and the second rail extrusions **40** and **42**.

In an alternative embodiment, as shown in FIG. **5**, the first rail extrusion **40**, the second rail extrusion **42** and the spoil board **54** can be integrated into a single extrusion **64** mounted to the top of the console **12**. The single extrusion **64** includes a first portion **63**, similar to the first extrusion **40**, a second portion **65**, similar to the second extrusion **42**, and a web portion **67**, similar to the bracket assembly **43**, connecting the first and second portions. Like the first and second rail extrusions **40** and **42** described above, the first and second portions **63** and **65** of the single extrusion **64** are formed with a plurality of T-shaped slots **68** extending the entire length of the single extrusion. Preferably, there is at least one T-slot **68a** formed on a top surface **69** of the first portion **63**, one or more T-slots **68b** formed on a side surface **71** of the first portion perpendicular to the top surface, and at least one T-slot **68c** formed on an inclined surface **73** of the second portion **65**. Here, the upper surface **73** of the second portion **65** is formed at an angle with respect to the upper surface **69** of the first portion **63**.

The single extrusion **64** further preferably includes one or more wire cavities **66** formed in the web portion **67** and extending along the length of the extrusion and access openings (not shown) intermittently spaced along the length of the extrusion for routing wires from the cavity **66** to the various electrical components mounted to the console **12**. The single extrusion **64** is mounted to the steel frames **36** in a manner similar to the first and second rail extrusions **40** and **42** by means of conventional bolts **48** and T-slot fittings **50** that engage T-slots **68** formed in the single extrusion **64**.

Returning to FIGS. **3** and **4**, the various electrical components of the workstation **10** are mounted to the master rail system **30** in such a manner that they can be horizontally adjusted to suit any need. Additionally, the desktop **14** unit is also mounted to the master rail system **30** and is also provided with horizontal adjustment. In particular, each desktop unit **14** includes a flat worksurface **15** and at least two desktop brackets **70** fixed to an underside thereof. The desktop bracket **70** includes a finger **72** formed on the inside edge thereof, which is sized to fit within and engage one of the T-slots **46** of the master rail system **30**. Preferably, the desktop bracket **70** is mounted to an upper side T-slot **46c** of

US 7,125,088 B2

7

the first rail extrusion 40 opposite the T-slot 46*a* for mounting the spoil board 44. The finger 72 of the desktop bracket 70 is shaped for insertion into the T-slot 46*c* and grips the inside surface of the T-slot. However, the finger 72 permits horizontal translation of the bracket 70 along the length of the T-slot 46*c*. Thus, the desktop 14 can be moved to any desirable location along the length of the rail system 30.

The console boxes 24 are also mounted on the rail system 30 with the ability to translate horizontally. The console box 24 is typically a wooden rectangular structure for mounting a computer or television monitor therein. However, the console box 24, of the present invention includes a right angle 74 fixed to a bottom surface thereof. One leg of the angle is fixed to the bottom of the console box while the other perpendicular leg forms a finger 75 which is seated in the top T-slot 46*d* of the second rail extrusion 42. With the finger 75 of the angle 74 seated within the T-slot 46*d* of the second rail extrusion 42, the console box 24 is prevented from moving forward or backward. However, the T-slot 46*d* permits the console box 24 to translate horizontally along the length of the T-slot. Preferably, the top of the steel frame 36 is inclined so that the upper surface 47 of the second rail extrusion 42 is disposed at a downward angle with respect to the upper surface 41 of the first rail extrusion 40 when both are mounted to the steel frame. Thus, when mounted to the second rail extrusion 42, the console box 24 will be oriented at a slight downward angle with respect to the desk top 14 for ergonomic purposes.

The upper T-slot 46*e* of the first rail extrusion 40 is used for mounting additional workstation components to the console 12. For example, FIG. 3 shows a flat screen monitor 22 attached to a vertical support stand 76, which in turn is mounted to the upper T-slot 46*e* of the first rail extrusion 40. The vertical support stand 76 includes a leg 78 having a T-shaped finger or fitting 70 fixed thereto, for example, by a bolt. The T-shaped fitting 80 of the support stand 76 engages the inner surfaces of the T-slot 46*e* to maintain the support stand 76 in a vertical orientation. However, the T-shaped fitting 80 is permitted to translate horizontally along the length of the first rail extrusion 40. Thus, the flat screen monitor 22 can be horizontally translated to any desired location on the console 12. While a flat screen monitor 22 is shown attached to the upper T-slot 46*e*, other types of equipment, such as script stands, microphone stands, lighting fixtures etc., can also be interchangeably attached to the rail system. To reduce frictional wear within the T-slots 46, the T-slots can be provided with Teflon™ caps 82.

It is to be understood that the attachment of the console box 24, the desktop 14 and the vertical support stand 76 to the single rail extrusion 64 shown in FIG. 5 is similar to that as shown and described with respect to the first and second rail extrusions 40 and 42. In particular, the longitudinal T-slots 68 of the single rail extrusion 64 allow for mounting and horizontal translation of all the components of the workstation 10.

The workstation 10 is shown in FIGS. 1–5 in an L-shaped configuration consisting of two end pieces and a corner piece. However, it is conceivable that the workstation 10 of the present invention can take any desired configuration, for example, a straight configuration, a rectangular configuration, etc. Moreover, two or more consoles 12 can be connected to form a larger work station. In this case, longer master rail systems 30 can be utilized or a bridge can be constructed between existing rail systems. Additionally, the

8

console 12 of the present invention can be separated into individual workstations 100, each having its own master rail system, as shown in FIG. 6.

The workstation 100 shown in FIG. 6 can be adapted for individual use, such as with home computers. The workstation 100 generally includes two vertical frames or legs 102 an extruded rail 104 connecting the two legs, a desktop unit 106 supported on the rail 104 and a shelf unit 108 also supported on the rail. The desktop unit 106 provides a working surface 107 for the user and a surface for a computer keyboard, for example. The shelf unit 108 is spaced vertically higher than the desktop 106 for supporting one or more computer monitors at eye level to the user. The workstation 100 can further be provided with console boxes 110, which are also supported on the rail 104, for containing electrical components such as computer hard drives, or audio visual equipment.

Referring additionally to FIG. 7, an alternative embodiment for the master rail system is shown incorporated into the workstation 100 of FIG. 6. The alternative master rail embodiment consists of an extruded rail 104 having a circular cross-section and a plurality of T-slots 112 formed along the length of the rail and angularly spaced around its circumference. Again, the rail 104 is preferably made from a metallic material, such as aluminum.

The rail 104 fits within an aperture or opening 114 of each of the legs 102, as shown in FIG. 8. The opening 114 of the legs 102 includes at least one inwardly projecting T-shaped finger 116 which engages the T-slot 112 of the rail 104 to prevent rotational movement of the leg and the rail. The legs 102 are simply slid along the length of the rail 104 to their desired position.

Referring to FIG. 9, the desktop unit 106 includes a worksurface 107 and at least two desktop brackets 118 fixed to the bottom surface thereof. Each desktop bracket 118 has an opening 120 for receiving the rail 104. The opening 120 of the desktop bracket 118 similarly includes inwardly projecting fingers 122 which engage the T-slots 112 of the rail 104 to prevent rotational movement of the desktop 106 with respect to the rail. However, because the T-slots 112 of the rail 104 extend the entire length of the rail, the desktop 106 and the legs 102 can be adjusted horizontally along the rail as desired.

Referring now to FIG. 10, the shelf unit 108 similarly includes a flat surface 109 and at least two shelf brackets 124 fixed to a bottom surface thereof. The shelf bracket 124 also has an opening 126 formed therethrough for receiving the rail 104. The shelf bracket 124 also includes fingers 128 which project inwardly into the opening 126 for engaging the T-slots 112 of the rail 104 to prevent rotational movement of the shelf 108.

FIG. 11 is a side view of an assembled workstation 100 including legs 102 circular rail extrusion 104, desktop 106 and shelf 108. As mentioned above, one or more console boxes 110, for containing computer hardware for example, can additionally be mounted to the rail 104. The console box 110 would therefore include a console box bracket 130 having an opening with inwardly projecting fingers for engaging the rail 104. The circular rail extrusion 104 of the present invention allows the desktop 106, the shelf 108 and/or the console box 110 to be positioned in any desired angular orientation depending on which T-slots 112 are chosen. For example, the console box 110 is shown in FIG. 11 oriented at a slight downward angle with respect to the desktop 106.

It can be appreciated that additional workstation components can easily be mounted to the rail 104. For example, a

9

flat screen monitor **22** can be attached to the rail **104** by a vertical support stand **132** similar to that shown in FIGS. **3** and **4**. The support stand **132** would include a circular rail mounting bracket **134** having a finger **136** for engaging a T-slot of the rail **104** as shown in FIG. **12**. It is further appreciated that the various components of the workstation **100** can be interchanged to suit the user's needs. For example, FIGS. **13** and **14** show the workstation **100** without the shelf **108**. Here, a smaller shelf **138** having a mounting bracket **140** including a finger **142** is utilized. The smaller shelf **138** can be utilized if it is desired to support a computer monitor **18** or a flat screen monitor **22** at the same level as the desktop **106**.

As mentioned above, because the T-slots **112** extend the entire length of the circular rail extrusion **104**, all components mounted to the rail can be horizontally adjusted to suit the user's needs. For example, a computer monitor **18**, a flat screen **22** and/or a console box **110** mounted to the rail **104** can be moved horizontally as indicated by the arrows **144** in FIGS. **15** and **16**. Additionally, the legs **102** can be positioned along the rail **104** so that the ends of the rail extend beyond the legs for mounting such additional equipment as speakers **146** supported on speaker stands **148**. As a result of the present invention, a totally adjustable and interchangeable workstation system is provided.

While there has been described what is presently believed to be the preferred embodiments of the invention, those skilled in the art will realize that various changes and modifications may be made to the invention without departing from the spirit of the invention and it is intended to claim all such changes and modifications as forward in the scope of the invention.

What is claimed is:

1. A multi-media workstation comprising:
at least two substantially vertical frames having an upper mounting surface thereon;
a rail mounted to said mounting surface of said vertical frames and connecting said frames, said rail including a first upper surface, a second upper surface, a lateral surface, a first longitudinal slot formed in at least one of said first upper surface, a lateral surface and a second longitudinal slot formed in said second upper surface, said second upper surface being formed at a downward angle with respect to said first upper surface;
a desktop unit having a finger engaged in said first longitudinal slot of said rail, wherein said desktop unit is able to be horizontally translated along a length of said rail; and
a console box for supporting a first piece of audiovisual equipment, said console box having a finger engaged in said second longitudinal slot of said rail, wherein said console box is able to be horizontally translated along a length of said rail.

2. A multi-media workstation as defined in claim 1, wherein said rail further comprises a web portion connecting said first and second surfaces.

3. A multi-media workstation as defined in claim 2, wherein said web portion includes at least one longitudinal cavity formed therein for containing electrical wiring for said workstation.

4. A multi-media workstation as defined in claim 3, wherein said web portion includes at least one grommet opening for accessing said electrical wiring contained within said cavity.

10

5. A multi-media workstation as defined in claim 1, wherein said desktop unit comprises a work surface and at least two desktop brackets for supporting said work surface, said desktop brackets each including a finger engaged in said first longitudinal slot of said rail.

6. A multi-media workstation as defined in claim 1, wherein said first and second longitudinal slots of said rail are T-shaped.

7. A multi-media workstation as defined in claim 1, wherein said rail further includes a third longitudinal slot formed in one of said first upper surface and said lateral surface and wherein said multi-media workstation further comprises a support stand for supporting a second piece of workstation equipment, said support stand having a finger engaged in said third longitudinal slot of said rail wherein said support stand is able to be horizontally translated along a length of said rail.

8. A multi-media workstation as defined in claim 1, wherein said first upper surface is formed in a first portion of said rail extension and said second upper surface is formed in a second portion of said rail.

9. A multi-media workstation comprising:
at least two vertical frames having an upper mounting surface thereon;
a rail extrusion mounted to said mounting surface of said vertical frames and connecting said frames, said rail extrusion having as upper surface, a lateral surface and a longitudinal slot formed in each of said upper surface and said lateral surface;
a desktop unit having a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion, wherein said desktop unit is able to be horizontally translated along a length of said rail extrusion; and
a vertical support stand for supporting a piece of audio-visual equipment, said vertical support stand having a finger engaged in said longitudinal slot of said upper surface of said rail extrusion, wherein said support stand is able to be horizontally translated along a length of said extrusion.

10. A multi-media workstation as defined in claim 9, wherein said rail extrusion further includes an inclined surface disposed at a downward angle with respect to said upper surface, said inclined surface having a longitudinal slot formed therein.

11. A multi-media workstation as defined in claim 10, further comprising a console box for supporting a second piece of audiovisual equipment, said console box having a finger engaged in said longitudinal slot of said inclined surface of said rail extrusion wherein said console box is able to be horizontally translated along a length of said rail extrusion.

12. A multi-media workstation as defined in claim 9, wherein said desktop unit comprises a work surface and at least two desktop brackets for supporting said work surface, said desktop brackets each including a finger engaged in said longitudinal slot of said lateral surface of said rail extrusion.

13. A multi-media workstation as defined in claim 9, wherein said vertical support stand is adapted to support a flat screen monitor.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.      : 7,125,088 B2                          Page 1 of 1
APPLICATION NO. : 11/083758
DATED            : October 24, 2006
INVENTOR(S)    : Haberman

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10, line 28,                 now reads "having as upper surface"

                                      should read --having an upper surface--

Column 10, line 41,                 now reads "length of said extrusion"

                                      should read --length of said rail extrusion--

Signed and Sealed this

Sixth Day of March, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT C



TBC Consoles' definitive technical furniture system sets new standards for modularity, ergonomics and high end aesthetics. Front and rear device tracks allow unlimited lateral positioning of critical monitors. Rack bay turrets may be easily upgraded or relocated allowing quick, user friendly modifications. A full range of articulating arms for distance, height and tilt control may be utilized for mounting flat panel monitors, speakers, phones and task lighting.

multiple track system   •   open "off-the-floor" design   •   integral cable management   •   removable vented abs panels   •   movable and interchangable rack turrets

**Finishes + Downloads**

**Available Side Panels**

**Available Desktops**

Charcoal Matrix
Plastic Laminate

Cherry Wood
Plastic Laminate

Charcoal
Linoleum

Blue
Linoleum

>> Click here to view the full line of available finishes.

**Product Downloads**

Features (.pdf)

Dimensions (.pdf)

Turrets (.pdf)

Accessories (.pdf)

T B C   C o n s o l e s   I n c .   •   1 7 0   R o d e o   D r i v e   •   E d g e w o o d ,   N e w   Y o r k   1 1 7 1 7   •   P h o n e   6 3 1 . 2 9 3 . 4 0 6 8   •   F a x   6 3 1 . 2 9 3 . 4 0 7 5   •   T o l l   F r e e   **8 8 8 . C O N S O L E**

site by **graphic minds**

© Copyright 2007. TBC Consoles, Inc. All Rights Reserved.



EXHIBIT D



STANCHION TYPE **BASE STRUCTURE (T26)**
ALUMINUM EXTRUSION / STEEL COMBINATION
PROVIDES HIGH STRENGTH TO WEIGHT RATIO
*AND* CUSTOM DEPTH CONFIGURATIONS
UTILIZING STANDARD COMPONENTS.

MOVABLE + INTERCHANGEABLE **RACK TURRETS**
WITH HINGED AND REMOVABLE VENTED METAL LID
NO TOOLS REQUIRED.
FASTENING SECURITY BRACKETS AVAILABLE.

REAR *TRAC:*
CONTINUOUS T-SLOT
ALUMINUM EXTRUSION
FOR LCD ARMS
& RACK TURRETS

**WIRE MESH CABLE TRAY**
SUPPORTS WIRES EVENLY
AND ALLOWS EASY DROPOUTS

VENTED, REMOVABLE
ABS BOTTOM PANELS
FOR LIGHT WEIGHT
AND DURABILITY.

**CABLE COLLAR**
ADJUSTS TO MATCH
FLOOR CUTS.

FRONT *TRAC:*
MAIN STRUCTURAL
T-SLOT EXTRUSION
FOR LCD POSTS,
COUNTERTOP ARMS
& ACCESSORIES

**C-TOP ARMS**
TRAC MOUNTED FOR
OPTIMAL LATERAL
PLACEMENT

FORMED STEEL
**SUPPORT FOOT**
PLATINUM GREY
POWDERCOAT FINISH

FRONT AND REAR RACK RAIL
ADJUSTABLE SETBACK
TAPPED WITH **10-32** SREW HOLES

34 7/8"
24 3/4"
18" CLEAR
14" TO REAR RAIL
7 RU
19 3/8" CLEAR
26" BASE FRAME
45"
4RU
30°
18
29"





FP-7000

FP-M7

T-PHONE

T-LITE-18

T30 Console

T-COLLAR

T-BOTTOM

**Legend:**

T-LITE: TRAC MTD 18" GOOSENECK LIGHT
T-PHONE: TRAC MTD PHONE PLATFORM
FP-ROTATION: TRAC MTD LCD ARM
FP-7000: TRAC MTD LCD ARM (PISTON ASSIST)
T-COLLAR: TRAC MTD ADJ CABLE COLLAR
T-BOTTOM: BOTTOM CLOSURE PANEL

# EXHIBIT E



**TBC CONSOLES**
www.TBCconsoles.com

**REMOVABLE RACK TURRETS** WITH VENTED METAL LID

**REAR *TRAC*** FOR LCD ARMS

**WIRE MESH CABLE TRAY** SUPPORTS WIRES EVENLY AND ALLOWS EASY DROPOUTS

VENTED, REMOVABLE BOTTOM PANELS

**CABLE COLLAR** ADJUSTS TO MATCH FLOOR CUTS.

4 RU

7 RU

STANCHION TYPE **BASE STRUCTURE (T26)** ALUMINUM EXTRUSION / STEEL COMBINATION PROVIDES HIGH STRENGTH TO WEIGHT RATIO *AND* CUSTOM DEPTH CONFIGURATIONS UTILIZING STANDARD COMPONENTS.

FRONT ***TRAC*** FOR LCD POSTS, COUNTERTOP ARMS & ACCESSORIES

**C-TOP ARMS** TRAC MOUNTED FOR OPTIMAL LATERAL PLACEMENT

FORMED STEEL **SUPPORT FOOT** WITH LEVELERS

FRONT AND REAR RACK RAIL ADJUSTABLE SETBACK TAPPED WITH **10-32** SCREW HOLES

*4RU RACK TURRET @ 30°*

**intelliTrac console system**    C-depth / typical cross-section

**model: T26-4RU**