UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FORECAST CONSOLES, INC., :

                Plaintiff, :

-against- :

TBC CONSOLES, INC., ET AL., :

                Defendants. :
------------------------------------------------------------X

ORDER

07 Civ. 3106 (KMW)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on June 24, 2008, to address certain discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before June 26, 2008, the plaintiff shall disclose to the defendants its expert witness report;

2. on or before July 15, 2008, the defendants shall disclose their expert reports to the plaintiff;

3. on or before July 7, 2008, consistent with the discussion had during the conference, outstanding document demand obligations must be satisfied; and

4.  on or before June 26, 2008, the parties shall confer and prepare a schedule for

    taking depositions;

Dated: New York, New York  
June 26, 2008

SO ORDERED:

_____  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE